# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 01, 2017

Ms. Molly S. Crabtree
Porter, Wright, Morris & Arthur
41 S. High Street
Suite 3100
Columbus, OH 43215

Mr. John Clayton Everett Jr.
Morgan, Lewis & Bockius
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Mr. David H. Fink
Fink and Associates Law
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Nathan Joshua Fink
Fink & Associates Law
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Ms. Heather Kafele
Winston & Strawn
1700 K Street, N.W.
Washington, DC 20006

Mr. Keith Palfin
Winston & Strawn

1700 K Street, N.W.
Washington, DC 20006

Re: Case No. 17-1989, *Saratoga Lane, LLC v. JTEKT Corporation, et al*
Originating Case No. : 2:13-cv-01901 : 2:12-md-02311

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 17-1989

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

In re: ELECTRONIC POWERED STEERING ASSEMBLIES -
    DIRECT PURCHASER ACTIONS
-----------------------------------------------------------------------------

SARATOGA LANE, LLC

        Plaintiff - Appellant

v.

JTEKT CORPORATION;
JTEKT AUTOMOTIVE NORTH AMERICA, INC.,
   dba JTEKT North America, Inc.;
SHOWA CORPORATION;
AMERICAN SHOWA, INCORPORATED;
YAMADA MANUFACTURING COMPANY, LTD.;
YAMADA NORTH AMERICA, INC.

        Defendants - Appellees

   Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

   It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                           **ENTERED PURSUANT TO RULE 45(a),**
                           **RULES OF THE SIXTH CIRCUIT**
                           Deborah S. Hunt, Clerk

Issued: November 01, 2017